# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

LARRY BASEMORE )
)
_____ )
_____ )
_____ Plaintiff(s) _____ )
v. )
O77icer Zachary Hart, #10832 )
C.O. WILSON / C.O. FARRAR )
S.G.T. AGNE / Nurse Amanda Choate )
Mental Health KELLER )
_____ Defendant(s) _____ )

SCANNED at MENARD and E-mailed
2/9/26 by _4A_ 57 pages
Date   initials   No.

26-145-DWD

Case Number: _____

(Clerk's Office will provide for **new** cases, if you are filing in an existing case, write your case number)

☑ ORIGINAL COMPLAINT

☐ AMENDED COMPLAINT

---

You are responsible for protecting sensitive information per Federal Rule of Civil Procedure 5.2. This means you should not file things like social security numbers, the year of a person's birth, or financial account information.

---

## I. JURISDICTION:

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331:

☑ 42 U.S.C. § 1983 (state prisoners);
☐ *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971) (federal prisoners);
☐ 28 U.S.C. §§ 1346, 2671-2680 (Federal tort claims act).

☐ Other (provide an explanation):

## II. PARTIES:

**Plaintiff(s) (use extra pages if needed):**

Name: LARRY BASEMORE

Address: 711 KASKASKIA STREET, CHESTER IL, 62259

Inmate ID Number: M-17380

Rev. 04/16/2025

**Defendants (use extra pages if needed):**

If you do not know the name of a defendant, assign them a generic name (John Doe 1, John Doe 2, Jane Doe 1). Give any information you have about them here. If you cannot provide identifying information, the Court will not be able to give you steps to try to identify the unknown person, and this party may be dismissed.

For example: Jane Doe 1, the nurse who passes out night-time medication. She is short and has red hair. I saw her at my cell on January 1, 2001.

**Defendant # 1:**

Name: C.O, ZACHARY HART

Job: WaS A C.O. AT menard c.c.

Address: UNKnow AS o7 right now

Additional info: C.O, is not working at menard c.c.

**Defendant #2:**

Name: S.G.T.AGNE # 7034

Job: S.G.T aT menard c.c.

Address: menard c.c. 711 KASKASKIA STREET, chESTER, IL 62259

Additional info: S.G.T AGNE Ps stilla SGT at menard c.c

**Defendant #3:**

Name: AMANDA CHOATE

Job: A Nurse at menard c.c.

Address: menard c.c. 711 KASKASKIA STREET, chester, IL 62259

Additional info: She is stil a nurseaT menard c.c

Rev. 04/16/2025

## III.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in federal court while you were in prison or jail (during either your current or a previous time in prison or jail)?
☑Yes ☐No

B.   Answer the following questions about **ALL** past federal lawsuits. **FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION**. (Use extra pages if needed)

1.   Case name, case number, and Court: Basemore v. Brookman, 3:16-CV-00562-SMY-RJD, U.S. District Court of Southern District of Illinois

2.   What was it about: 1983. alleging that my constitutional right to due process was violated and placed in disciplinary segregation for approximately nine months an unfair disciplinary proceeding an invalid disciplinary ticket.

3.   What happened (was it dismissed, did it go to trial, was it settled): It was settle out in 2019 with District Judge Yandle

4.   Did you get a "strike" for this case? (You get a strike under 28 U.S.C. § 1915(g) if a case was dismissed for failure to state a claim, or as frivolous or malicious). No

Rev. 04/16/2025

## IV.    GRIEVANCE PROCEDURE[1]

A.    Is there a prisoner grievance procedure in the institution?  ☑ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    ☑ Yes    ☐ No

C.    Has the grievance been returned from the highest or last level of review?    ☑ Yes ☐ No

D.    If your answer is NO, explain why not.  Did you do anything other than a grievance to alert prison authorities to the problem? Yes I wrote springfield and Gov. J. B. Pritzker, and sprinfield came to menard c.c. In took pic! of my injured and I got Affidavits from ones who was around at the time when all of this happend, and from ones who was arawe after it happend and my rights was still being violat.

E.    If you are a **federal inmate**, attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not: X

---

[1] Individuals in custody must try to exhaust their claims in the grievance process before filing a federal lawsuit.  If you do not complete the exhaustion process before you file this lawsuit, your case may later be dismissed.  *See e.g.*, 42 U.S.C. § 1997e(a) (no action shall be brought until available administrative remedies are exhausted); 28 U.S.C. § 2675(a) (the administrative process must be fully exhausted before claims may be brought in federal court).
Rev. 04/16/2025

## V.    STATEMENT OF CLAIM:

**Using the space below describe how your constitutional rights were violated (extra pages are _strongly_ discouraged):**

- **DO:** Write a <u>short</u> statement of what happened with neat handwriting. Explain **who** violated your rights, **what** each defendant personally did, **when** they did it, **where** they did it, and **why** they did it (if you know why).

- **DO NOT:** Do not make legal arguments or give citations. Do not include evidence or exhibits. You will have a chance later in the case to give evidence and to make arguments. Do not combine multiple claims that are not related.[2]

On 12/15/24 I was in menard c.c. on Crisis watch N2 5 gallery cell 506 cell, mental health "keller" and C.o.WILSon /C.o.FARRAR was walkin with mental health, when mental health keller and C.o.FARRAR C.o.WILSo stop at my cell door time approximate at 9:40 or 10:00AM I Show mental health B.Keller that I swallowed a rip line that had Staples on there, then mental health B. Keller and c.o. FARRAR and c.o. WILSon walk off of N2 5 gallery, approximate around 10:15 10:39AM C.o. Hart C.o.WILSon C.o.FARRAR walk back on N2 5 gallery and c.o. Hart was Yelling(I'm not going for this shit to day take the fucking line out or I'm maseing u niggas) First they walk to 506 cell and maseing him, then c.o. Hart walk to my cell and said(nigga I said take the line out Your mouth

[2] The Court is not required to allow you to join multiple claims in a single case. The Federal Rules of Civil Procedure 18-21 control joinder of claims and parties. It is possible if you present many claims or claims that are not related, that the Court will ask you for an amended complaint or it will divide your claims into separate cases.
Rev. 04/16/2025

I ask C.O. Hart for a S.G.T then C.O. Hart up the mase can and mase me and the hole cell up, and yell nigga take the line out your mouth and come cuff up, I ask C.O. hart for a S.G.T then C.O. Hart up the mase and mase me somemore then walk off and say I got something for this nigga. approximate araend 10:45am S.G.T AGNE walk on N2 5 gallery and stop at my cell 506 and said why u didn't cuff up, I told S.G.T AGNE that I Swallowed a line with staples on it and I ask for a S.G.T and C.O. Hart just mase me and call me niggers and bitchs. S.G.T. AGNE said just cuff up and I would like u see the nurse, I cuff up and S.G.T. AGNE walk me to the N2 Health care and put me in the N2 mental health room. approximate araend time 10:50 or 11:00nv nurse AMANDA was heard yelling (I don't feel like doing paper work today and I'm not send his ass out take his ass back to his cell) I heard S.G.T. AGNE say (Basemore swallowed something) and Nurse AMANDA say (I don't give a Fuck I don't feel like doing paper work) Nurse AMANDA open the mental health room door look in then said send his ass back. then appoximate time 11:10 11:15am

C.O. Hart walk in the mental health room and said (Chigga take the line out your mouth) I said I can't I'm cuff up then C.O. Hart rip the line out my mouth then C.O. Hart beat me with the mase can on my Head and neck part then mase me in the Face then beat me somemore in the Face and head with the can then mase me and walk out. approximate 11:20Am mental Health "keller" walk in the room and ask (how are u Feeling?) I told Mental Health "B. Keller" that I'm not OK I'm in pain and u just heard C.O. heart beat me, and that I Feel like killing my self he walk out the room, approximate time around 11:25am C.O.Farrar C.O. WILSON walk in the Room and said let go I said I swallow a line and I'm hurt C.O. hart Just came in this room in beat me and mase me I need to see a nurse and be sent out both C.O. Farrar C.O. WILSON said (she is not going to see u and u takeing your ass back to the cell) I told both of them I'm in a lot of pain they said walk, S.G.T AGNE was right there I told him that C.O. hurt Just beat me in that room I need to see a nurse AMANDA then S.G.T AGNE said go back

Rev. 04/16/2025

STATEMENT OF CLAIM: Continued,

To: Your cell the nurse is not going to see u, I told S.G.T AGN. I'm in pain and c.o. hart just beat be in the room then S.G.t A.G.NE said it's nothing he could do go back to you cell, I told S.G.T AGNE and C.O. Wilson C.O. Farrar said go back to Your cell, then c.o. wilson or C.o. Farrar was Pullin my cuff saying walk nigga, I was telling both C.O. I'm in pain, both c.o. wilson and c.o. Farrar push me in the cell and startit pulling my cuff I startit Yelling it hurt I'm in pain then both c.o. Farrar & c.o. wilson kept pulling my cuff then c.o. hart came and startit pulling my cuffs call me bitch and nigge then S.G.T AGNE came and startit pull the cuff real hard, I was Yelling my wrist hurt, and all offices took turn pulling my cuff and name calling me nigga & bitch, the S.G.T AGNE said (fuck open the door and Pull him out) I was Pull out of N2 506 cell and walk back to health care in N2, around approximate time 11:30 or 11:35am and put in the Nurse room, then Nurse AMANDA walk in and said (I got to send him out cause I don't know if his wrist is broke or not

then I was walk to the other health care to see a D.O.O and the D.O.C Say he had to send me out cause my wrist is so fat that he don't know if it's broke on not and I swallow something and he cant do xray right not so I was sent out to the outside
..... around approximate time 1:00 1:30 P.M.

When I got back from the outside hospital around time appoximate 6:00 6:30 PM I was put back in N2 506 crisis watch cell with my water cut off to I came off crisis watch on 12-27-24, I had a video visit and seen my father Larry Basemore I couldn't open my eyes cause it was still so much mase and my eyes and my eye was swallow & my wrist was swallowin and my father sa this on my video visit on 12-18-24 and he told me he was going to report it to Gov Pritzker and Springfield, then on 12-20-24 someone from Springfield came to talk to me and took pic! of me (John doe white male tall, Age about 40,41 year old

and the Next week I was took off crisis watch on 12-27-24 I heard my ticket on (I don't know for sure cause I didn't get ticket back from Springfield A.R.B The Adjustment committee chair Person L.T Sandy L. walker and S.G.T Anthony B. Jones heard my ticket, and at the hearing I told L.T. walker and S.G.T Jones that I was beat and mase and I was on crisis watch and I didn't Assault anyone I was in handcuff the whole time out of my crisis watch cell and can u look at the camera I reqests and L.T walker and S.G.t Jones said they would I was walk out of the hearing and I got 3-month for the staff Assault, and L.T walker S.G.t. Jones and warden Anthony wills sign off to give me 3-month in restrictive housing with warden Anthony wills or L.T walker or S.G.t Jones with out investigateing the incident, or look at camera footist. + wrote a grievance on 1-30-25 about this inciden

and my grievance was Denied on 4-10-25 by the grievance officer's Jacob Guetersloh and by the chief Administrative officer's Kevin Reichert, both sign off on my grievance asking for it to be Denied with out Investigateing or looking at camera footist, to see what relly happend. about what I sayd of me being beat in cuff mase and that I didn't Assault anyone.

REQUEST FOR RELIEF... continued

Officer Zachary Hart #10832 is being sue in his Individual & offical capecites $250,000 for excessive forec, batter and cruel and unsual Punishme Pain and Suffering, Eighth Amendment

officer Wilson sueing in his (Individual & offical capacite for $50,000 for excessive forec Pain and Suffering and Deliberate indifference, cruel and unsual Punishment Eighth Amendment

Officer Ferner is being sueing in his (Individual & offical capacites for $50000 for excessive forec Pain and Suffing and Deliberate indifference, cruel and unsual Punishment Eighth Amendment

S.G.T. AGNE sueing (Individual & offical capecites for $50,000 for excessive forec Pain and Suffing and Deliberate indifference, cruel and unsual Punishment Eighth Amendment

Nurse AMANDA Choate, sueing her in (Individual & offical cap for $25,000 Cruel and unsual Punishment, Deliberate indifferic to serious medical need. Eighth Amendment

Mental Health B. Keller sueing him (Individual & offical capecites) for $10,000 cruel and unsual Punishment, Deliberate indifference) Eighth Amendment

L.T. Sandy L. Walker sueing in her (Individual & offical capecites for $25,000 for cruel and unusual Punishment, failure to Investigate, violating my due Process & wrongful in segment my eighth & Fifth Amendment

S.G.T. Anthony B. Jones, sueing in his (Individual & offical capacite. for $25,000 for cruel and unusual Punishment, failure to Investigat violating my due Process & wrongful in segment Eighth & Fifth Amendment

Warde Anthony wills sueing in his (Individual & offical capecites for $25,000 for cruel and unusual Punishment, failure to Investig violating my due Process & wrongful in segment. Eighth & Fifth Amendment

Grievance officer's Jacob Gutersloh suing him in individual & official capacities for $25,000 for cruel and unusual Punishment, failure to Investigate, violating my due Process and wrongful in segment, Eighth & Fifth Amendment

Chief Administrative officer's Kevin Reichert being sue in his individual & official capacities for $25,000 for cruel and unusual Punishment, failure to Investigate, violating my due Process, and wrongful in segment, Eighth & Fifth Amendment

## VI.   REQUEST FOR RELIEF

State exactly what you want this court to do for you.

I'm ask to be transfer to a facility closer to chicago and $10,000 (in nominal damages)(& 140,000 in punitive damage) and 40,000 (in compensatory damages) and to make I.D.O.C. give me the right medical care I need for MY Injure & damage bed and wrist I receiver from this Incident and Pain & suffering I receiver from this Incident. Continued →

## VII.   JURY DEMAND (check one box below)

The plaintiff ☑ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions. Additionally, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  28 U.S.C. § 1746.

Signed on:  2-9-26
(date)

*Larry Basemore*
Signature of Plaintiff

711 KASKASIA STReeT
Street Address

Larry Basemore
Printed Name

Chester, ILL, 62259
City, State, Zip

M-17386
Prisoner Register Number

Rev. 04/16/2025



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
prisoner.esl@ilsd.uscourts.gov

**ELECTRONIC FILING COVER SHEET**

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Bacemore, Larry
Name

MI7380
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?  (Yes) or No

   If this is a habeas case, please circle the related statute: 28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?  Yes or (No)

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?  Yes or (No)

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted:  57

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

   Name of Document

   Complaint

   Number of Pages

   57

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.

$N$ $5.06$

ILLINOIS DEPARTMENT OF CORRECTIONS

## Disciplinary Report

**Type of Report:**
☐ Disciplinary    ☐ Investigative    Facility: Menard CC    Date: 12/15/2024

Name of Individual in Custody: Basemore, Larry    ID #: M17380    SMI: ☐ yes ☒ no    Race: BLK

Observation Date: 12/15/2024    Approximate Time: 11:30    ☒ a.m. ☐ p.m.    Location: North 2 5-06

**Offense(s): DR 504:**    102b-Assault 215-Disobeying a Direct Order Essential to Safety and Security

**Observation:** (NOTE: Each offense identified above must be substantiated.)

On 12/15/2024, I Correctional Officer Hart, Zachary #10832 was assigned to North 2 1 Gallery, at approximately 11:30am I observed North 2 staff at the cell front of North 2 5-06 which individual in Custody Basemore, Larry #M17380 is the sole occupant. Basemore was actively resisting, attempting to take the cuffs. We gave Basemore several direct orders to stop. Basemore continued resisting attempting to run away from the security food port. He was leaning all his body weight away from us causing abrasions on my left middle finger and my pinky finger. T/A Sgt. Agne #7034 was notifed, Agne arrived and basemore was escorted to the North 2 infirmary. I removed myself from the situation. Proper Chain of Command Notified. Basemore #M17380 was identified by State ID and O360.

**Witness(es):** _____

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Hart | 10832 | | 12/15/2024 | 1:00 | ☐ a.m. ☒ p.m. |
|------|-------|-----------|------------|------|-------|
| **Reporting Employee (Print Name)** | **Badge #** | **Signature** | **Date** | **Time** | |

### Disciplinary Action:

**Shift Review:** ☒ Temporary Confinement    ☐ Investigative Status    Reasons: Nature of Offen...

**Printed Name and Badge #**    **Shift Supervisor's Signature** (For Transition Centers, Chief Administrative Officer)    **Date**

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment: _____

☐ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction,** submitted to Program Unit

**Print Reviewing Officer's Name and Badge #**    **Reviewing Officer's Signature**    **Date**

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

**Print Hearing Investigator's Name and Badge #**    **Hearing Investigator's Signature**    **Date**

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if individual in custody refused to sign    Individual in Custody's Signature    ID#

**Serving Employee (Print Name)**    **Badge #**    **Signature**

**Date Served**    **Time Served**    ☐ a.m. ☐ p.m.

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Individual in Custody's Signature    ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

Date of Disciplinary Report    Print individual in custody's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date.

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

Page 1 of 1

Distribution:  Master File
        Individual in Custody

Printed on Recycled Paper

DOC 0317 (Rev. 7/2021)

STATE OF ILLINOIS

COUNTY OF RANDOLPH } ss

## Affidavit

I Individual in Custody, Lamar Hardy ID# R-72738 Came To North 2 restrictive housing on 12-2-24, And Will Be released on 6-2-25, Which is A 6 month Time Frame And While in restrictive housing Menard staff has failed To provide Myself or Any Individual in Custody With "Yard" or Any out of cell Recreation time except But once on 5-22-25 Which At Such time I And Many other Individuals in custody WERE Denied do To Staff only Allowing 10 Individuals To yard, stating that I Wasn't on the list Because the list was pre-Made, But Staff failed To provide Why I Wouldn't be on the list or what list(?) on 5-30-25 I Asked Sgt. Agne if yard Would Be provided today And if I'll Be Allowed to go? Sgt Agne, Stated "no Yard But We'll run it when we feel like running it. Individual in Custody Larry Basemore has Been in north 2 Restrictive Housing during My entire 6 months that I've Been in restrictive housing And neither did he recieve the opportunity or Chance to go to the yard or Any out of Cell Recreation. Menard Staff didn't Attempt to provide Any Individuals in Custody in North 2 Restrictive Housing with Yard/Recreation Until An Individual Killed himself on 5-18-25 in cell N2-636 But only Allowed A few Individuals to yard. This is My Statement I will Attest to in A Court of Law if My testimony is needed.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare under penalty of perjury that everything Contained herein is True And Accurate to the best of My Knowledge And Belief. I do declare Affirm that the Matter At hand is not taken either Frivolously or Maliciously And that I Believe the foregoing Matter is taken in good faith.    Signed: Lamar Hardy R-72758

Dated: June 1st 2025

STATE OF ILLINOIS,

COUNTY OF RANDOLPH } SS

## Affidavit

On 12-27-24, I Individual in Custody Lamar Hardy ID# R-72738 Was housed in North 2 Restrictive Housing Cell N2-408 in Menard CC. Individual in Custody Larry Basemore Came from/off Crisis Watch And Was placed in Cell N2-210. I overheard Mr. Larry Basemore Asking for Medical Assistance do to having Back Pain, As Well As Chest Pains. Correctional officer Barter replied, "not today." C/O Barter refused And or Denied Mr. Larry Basemore Medical Treatment. Also Mr. Larry Basemore Was Without Any Sheets or Beddings As well As Without Any Hygiene with nothing being provided for personal hygiene for Weeks. Everyday for Several Weeks I overheard Individual in Custody Larry Basemore requesting/Asking for Mental Health Crisis But North 2 Mental Health Staff Denied, Neglected, And or Refused To Address his Crisis By refusing to even get him out of his Cell. C/O Barter told Larry Basemore, I'm not Calling you A Crisis Member, nor Will I give you Any property, You Don't get Shit on My gallery Because you got My Friend "Hart" in trouble. During the time I Was housed in Cell N2-408 from 12-2-24 till 1-21-25 I've Witness Correctional Staff, Medical Staff, And Mental Health Staff refuse to provide Me. Larry Basemore Any Treatment. This is My Statement I Will Attest to in A Court of Law if My testimony is needed.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I Declare Under penalty of perjury that everything Contained herein is True And Accurate And Declaration is of Sound Mind And Judgement At Time of declaration.

Signed: Lamar Hardy R-72738

I Charles Lawson K74918, Declare that since I've been in North 2 Restrictive Housing in menard correctional center has not been to the yard. Menard Staff in North 2 Refuse to run outside recreation for Individuals In custody housed in Restrictive housing status. Since I've been In Restrictive Housing I've not been allowed no form of out of cell time. As of date 1·20·25 I have not left this cell for any type of out of cell time Structured or unstructured It is now 4·20·25. As of date staff continues to Refuse to allow Restrictive Housing status Z·Z·C's out of cell time, However I·I·C. housed in the population part of North 2 (i. e. 7gallery), Administrative Detention I·I·C's and I·I·C's in the drug program are allowed yard frequently. Other housed prisoners in North two also walk to commissary, attend out of cell programming when called. Restrictive housing I·I·C's are not allowed no such movement or outlet we are confined to these small cramp vermin infested quarters 24/7.

Charles Lawson K74918

I Declare under penalty of perjury that the above assertions are true. Declarant is of Sound mind and judgement at the time of this Declaration.

Charles Lawson K74918

ILLINOIS DEPARTMENT OF CORRECTIONS

## Psychiatric Progress Note

Facility: _____ Menard Correctional Center _____

**Offender Name:**
Last, First      Basemore, Larry _____      **ID Number:** M17380 _____      **Date:** Dec 16, 2024

A1C wnl (5.2)

| **Medical/Mental Health — Female Specific:** | ☒ Not Applicable |
|---|---|

Is the offender currently pregnant?   No ☐   Yes ☐   Expected due date: _____

### Mental Status Examination

Posture/Gait:   ☒ Appropriate   ☐ Inappropriate   ☐ Slumped   ☐ Tense   ☐ Atypical   ☐ Rigid   ☐ ___

Behavior:
☒ Unremarkable
☐ Tensed muscles
☐ Psychomotor retardation
☐ Poor physical boundaries
☐ Closed body posture
☐ Psychomotor agitation
☐ Posturing aggressively
☐ Guarded/protective posturing
☐

Eye contact:   ☒ Appropriate   ☐ Avoids eye contact   ☐ Looks down in his/her lap
☐ Timid   ☐ Unfocused   ☐

Level of Appearance: ☒ Appropriately Groomed   ☐ Disheveled   ☐ Poor Hygiene   ☐ Malodorous   ☐ ___

Level of Consciousness: ☒ Alert   ☐ Clouded   ☐ Lethargic   ☐ Delirious   ☐ Somnolent   ☐ ___

Level of Cooperation:   ☒ Cooperative   ☐ Guarded/Suspicious   ☐ Hostile   ☐ Uncooperative   ☐ ___

Orientation:   ☒ Ox4 (Time, place, person, reality)   ☐ OX ___  (list:) ___   ☐ Disoriented

Attention:   ☒ Appropriately focused   ☐ Selective attention/inattention   ☐ Distractible   ☐ Unaware   ☐

Speech:   ☒ Unremarkable   ☐ Slowed   ☐ Rapid   ☐ Inarticulate   ☐ Pressured   ☐ ___

In tone:   ☒ Unremarkable   ☐ Impatience   ☐ Irritability   ☐ Terse   ☐ Flatted tone   ☐ ___

Thought Processes:   ☐ Circumstantial   ☐ Disorganized   ☐ ___
☒ Clear/Coherent   ☐ Tangential   ☐ Loose Association   ☐ Word Salad/Incoherent

Thought content: ☒ Unremarkable   ☐ Paranoid   ☐ Delusional   ☐ Excessive religiosity   ☐ Referential   ☐
Explain:


Perceptions:   ☐ Hallucination   ☐ Auditory   ☐ Visual   ☐ Olfactory   ☐ Somatic   ☐ Illusions
Explain:
Denies any acute perceptual disturbances and was not witnessed responding to internal stimuli.

Affect:   ☐ Unremarkable (Euthymic)   ☐ Constricted   ☐ Expansive   ☐ Blunt/Inexpressive   ☐ Flat
☐ Hyperthymic   ☐ Euphoric   ☒ Dysthymic   ☐ Manic   ☐ Inappropriate   ☐

Mood:   ☐ Euthymic   ☒ Dysthymic   ☒ Anxious   ☐ Fearful   ☐ ___

Suicidal ideation:   ☒ None   ☐ Yes, details:

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Psychiatric Progress Note**

Facility: _____Menard Correctional Center_____

**Offender Name:**
Last, First     _____Basemore, Larry_____     **ID Number:** M17380_____     **Date:** Dec 16, 2024_____

Start
Abilify 5mg po q AM dot x 6 months
Remeron 30mg po q hs dot x 6 months

☐ AIMS completed today (if necessary) (DOC 0336)    ☐ AIMS to be done by RN (if necessary)

☒ Labs    ☒ CMP    ☐ BMP    ☐ CBC+Plts    ☐ Thyroid Profile    ☐ Lithium    ☐ Carbamazepine
          ☐ VPA    ☒ Lipid Profile    ☒ A1C    ☐ EKG    ☐ Other: _____    ☐ Other: _____

☒ Abdominal circumference: x1_____    ☐ BMI _____    ☐ BP/P _____

☐ Fill in values and measurements on Metabolic Screening and Monitoring form (DOC 0532)

☐ Needs medical referral for: _____

☐ Needs MHP referral (Complete DOC 0387) for:
    ☐ Sleep hygiene    ☐ Anger management    ☐ Trauma history    ☐ Psychometric testing
    ☐ Other: _____

☐ Crush/float all Psychotropics due to    ☐ Hx of non-compliance    ☐ Hx of hoarding medications    ☐ Abuse Potential
    ☐ Other _____

☒ Offender has been given a copy of the Psychotropic Medication Information brochure.

☒ I have verbally reviewed any medication changes, side-effects, risks and benefits of treatment or refusing treatment with the offender.

☐ Offender's psychiatric condition has been stable on the same psychotropic medication(s) at the same dose for the past 60 days - may be seen max OP - 3 months, RTU - 2 months, Enforced - 1 month.

☒ The offender has signed his/her Medication Consent Form.

☐ Treatment plan update needed based on change of diagnosis, direction of treatment, etc. (DOC 0546)

Designation:    ☐ SMI    ☐ Enforced Psychotropic to be continued (clinically necessary)
                ☐ Other (identify): _____

## Disposition (Level of Care)

*Printed on Recycled Paper*

DOC 0502 (Rev. 1/2019)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Psychiatric Progress Note**

Facility: _____ Menard Correctional Center _____

**Offender Name:**
Last, First    Basemore, Larry    **ID Number:** M17380    **Date:** Dec 16, 2024

Homicidal ideation: ☒ None    ☐ Yes, details: _____

Memory:    Short-term ☒ Intact    ☐ _____    Long-term ☒ Intact ☐ _____

Estimated Intelligence:    ☐ Above average    ☒ Average    ☐ Below average

Insight:    ☒ Adequate    ☐ Poor    ☐

Judgment:    ☒ Adequate    ☐ Poor    ☐

Motivation:    ☐ Good    ☒ Adequate    ☐ Poor    ☐ _____

Historian:    ☐ Reliable    ☐ Poor    ☐ Inconsistent    ☐ Unable to assess at this time

## Diagnoses

Psychiatric Diagnosis:
PTSD
Unspecified depressive disorder
Unspecified anxiety disorder r/o GAD

Medical Diagnosis:    as per medical

Based upon today's evaluation:
Since last visit, offender's psychiatric symptoms have:    Improved ☐    Remained same ☐    Worsened ☒

**Modified Global Assessment** 51    to  53

**Based upon diagnosis, Modified GAF and need for supportive services, Offender is designated SMI?**    Yes ☐    No ☒

## Narrative Summary

Mr. Basemore is currently on crisis. He states he has been off his medication and would like to restart it. I will restart Remeron and Abilify but will start at lower dose as I am not sure when script expired. We discussed medications and he verbally agreed but was unable to sign so he gave permission to CO to sign.
Abilify side effects discussed including but not limited to dizziness, insomnia, akathisia, nausea, vomiting, orthostatic hypotension, constipation, headache, sedation, TD, weight gain, increase appetite, risk for falling, DM, gynecomastia, impulse control problems, neuroleptic malignant syndrome, seizures, increased risk of death and cerebrovascular events in elderly.
Remeron side effects include serotonin syndrome with other medications sedation, increased appetite, weigh gain, dry mouth, dry eyes, constipation, dizziness, abnormal dreams, confusion, low white blood cell count, hypotension, changes in urinary function, seizures, induction of mania and increased suicidal thoughts.
We discussed the need to be compliant with medication and Mr. Basemore verbalized understanding. Due to restarting Abilify will order new labs.
AIMS was completed today and found to be unremarkable.

## Psychiatric PLAN

Psychotropic Medication:    ☒ Started (DOC 0541)    ☐ Discontinued    ☐ Changed

☐ Continue Current Medication

☐ Medication specifics and rationale:

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Psychiatric Progress Note

Facility: _____ Menard Correctional Center _____

**Offender Name:**
Last, First    Basemore, Larry _____    **ID Number:** M17380 _____    **Date:** Dec 16, 2024

| ☐ Outpatient Level of Care | ☐ Residential Treatment Unit | ☐ Inpatient | ☒ Crisis |
|---|---|---|---|

Next Appointment: 45 days _____

**Evaluation completed by:**

| Leigh Fromm | _~signature~_ | PMHNP-BC |
|---|---|---|
| Print Name | Signature | Title |

| 12/16/24 | 12:20:00 PM | |
|---|---|---|
| Date | End Time | |

*Printed on Recycled Paper*

DOC 0502 (Rev. 1/2019)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Abnormal Involuntary Movement Scale (AIMS)

Individual in Custody Name: Basemore, Larry      Individual in Custody ID: M17380

| Section D. Global Judgments | | | | |
|---|---|---|---|---|
| Severity of Abnormal Movement Overall | 0 | | | |
| Incapacitation Due to Abnormal Movement | 0 | | | |
| Individual in Custody Awareness of Abnormal Movement Rate only patient's report | 0 | | | |
| Do Movements Disappear in Sleep? | Yes ☐ | No ☐ | | |
| Section E. Dental Status | | | | |
| Current Problems with Teeth and/or Dentures | 0 | | | |
| Does Individual in Custody Usually Wear Dentures? | Yes ☐ | No ☐ | | |

Next AIMS Due:    ☒ 6 months     ☐ 3 months (if TD diagnosed or suspected)

_Leif Fromm PMHNP-BC_
Psychiatric Provider Signature

December 16, 2024
Date

ILLINOIS DEPARTMENT OF CORRECTIONS

## Psychiatric Progress Note

Facility: _____ Menard Correctional Center _____

**Offender Name:**
Last, First    Basemore, Larry    **ID Number:** M17380    **Date:** Dec 16, 2024

Homicidal ideation: ☒ None    ☐ Yes, details: _____

Memory:    Short-term ☒ Intact ☐ _____    Long-term ☒ Intact ☐ _____

Estimated Intelligence:    ☐ Above average    ☒ Average    ☐ Below average

Insight:    ☒ Adequate    ☐ Poor    ☐

Judgment:    ☒ Adequate    ☐ Poor    ☐

Motivation:    ☐ Good    ☒ Adequate    ☐ Poor    ☐ _____

Historian:    ☐ Reliable    ☐ Poor    ☐ Inconsistent    ☐ Unable to assess at this time

### Diagnoses

Psychiatric Diagnosis:
PTSD
Unspecified depressive disorder
Unspecified anxiety disorder r/o GAD

Medical Diagnosis:    as per medical

Based upon today's evaluation:
Since last visit, offender's psychiatric symptoms have:    Improved ☐    Remained same ☐    Worsened ☒

**Modified Global Assessment** 51    to 53

**Based upon diagnosis, Modified GAF and need for supportive services, Offender is designated SMI?**    Yes ☐    No ☒

### Narrative Summary

Mr. Basemore is currently on crisis. He states he has been off his medication and would like to restart it. I will restart Remeron and Abilify but will start at lower dose as I am not sure when script expired. We discussed medications and he verbally agreed but was unable to sign so he gave permission to CO to sign.
Abilify side effects discussed including but not limited to dizziness, insomnia, akathisia, nausea, vomiting, orthostatic hypotension, constipation, headache, sedation, TD, weight gain, increase appetite, risk for falling, DM, gynecomastia, impulse control problems, neuroleptic malignant syndrome, seizures, increased risk of death and cerebrovascular events in elderly.
Remeron side effects include serotonin syndrome with other medications sedation, increased appetite, weigh gain, dry mouth, dry eyes, constipation, dizziness, abnormal dreams, confusion, low white blood cell count, hypotension, changes in urinary function, seizures, induction of mania and increased suicidal thoughts.
We discussed the need to be compliant with medication and Mr. Basemore verbalized understanding. Due to restarting Abilify will order new labs.
AIMS was completed today and found to be unremarkable.

### Psychiatric PLAN

Psychotropic Medication:    ☒ Started (DOC 0541)    ☐ Discontinued    ☐ Changed

☐ Continue Current Medication

☐ Medication specifics and rationale:

ILLINOIS DEPARTMENT OF CORRECTIONS
## Psychiatric Progress Note

Facility: _____ Menard Correctional Center _____

**Offender Name:**
Last, First    Basemore, Larry _____    **ID Number:** M17380 _____    **Date:** Dec 16, 2024

---

**Start Time:** 12:10:00 PM

Allergies or Medication Sensitivities?  ☐ No  ☒ Yes   If yes, then describe: | Coconunt |

Scheduled Visit Type:   Routine Follow Up ☒   Complex Follow Up Evaluation ☐

Level of Care:   Outpatient ☒   Residential Treatment Unit ☐   Inpatient ☐   Crisis ☐

Type of Visit:   Telepsychiatry ☐   Onsite Evaluation ☒   Other ☐   (identify): _____

Has offender been on Crisis Watch since last psychiatric visit?   Yes ☒   No ☐

If yes, explain:

suicidal ideations & self-harm

**Source of Information:**   ☒ Offender   ☐ Mental Health Staff   ☐ Medical Staff   ☐ Mental Health Progress Notes
(Check all that apply)   ☐ Medical Progress Notes   ☐ Mental Health Evaluation dated: _____
☐ Crisis Records   ☒ Other (identify): MAR _____
☒ Previous Psychiatric Progress Note

## Subjective/Objective

Mr. Basemore is currently on crisis. He was removed from crisis on Tuesday 12/10/24 went to East house and got upset and swallowed staples and was placed back on crisis watch. He states that his medication "ran out" in September. He felt he was doing "good" with his medications and would like to restart them. At this time, he denies any thoughts/actions of wanting/wishing to hurt/harm himself or others. He denies experiencing any acute perceptual disturbances at this time.

### LIST CURRENT PSYCHOTROPIC MEDICATIONS:

NONE

☒ Check if None

Pertinent medical medications:

Naproxen

Compliance:   ☐ Good   ☒ Poor (list details) | NO MEDICATION |

Side effects:   ☐ None   ☐ Yes (list details) | |

MAR reviewed:   Yes ☒   No ☐

Is offender currently prescribed Involuntary Psychotropic Medication(s)?   Yes ☐   No ☒

**Lab Results:** Comment on abnormal results and include drug levels.   None ordered ☒

9/27/24
Lipid panel wnl

Case 3:26-cv-00145-GCS   Document 1   Filed 02/09/26   Page 25 of 45   Page ID #25

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

N2-2-39

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 02/03/2025 | Date of Review: 04/10/2025 | Grievance #: K4-0225-0584 |
| Individual in Custody Name: Basemore, Larry | | ID#: M17380 |

**Nature of Grievance:**

Disciplinary Report dated 12/15/2024 issued by Z. Hart for 102b Assault; 215 Disobeying a Direct Order Essential to Safety and Security; 202402926/2-MEN

**Facts Reviewed:**

Grievance Office reviewed IDR, Ticket Summary, DR 504 procedures, & contacted the Adjustment Committee and Internal Affairs.

Per DR 504.80 Prior to the hearing, the Individual in Custody may request that witnesses be interviewed. No requests for witness received by the Committee. The Individual in Custody refused to sign the Disciplinary Report when issued on 12/15/2024 as noted on the DOC 0317.

The Committee advised the hearing was in accordance with DR 504.80. The Individual in Custody was permitted to make statements in his defense and the Individual in Custody plead not guilty stating he swallowed something, and they came to get him out and he did refuse to cuff up to Hart. Also stated he refused and pulled away. He wanted the sergeant, as noted on the final summary.

Individual in Custody Basemore M17380 was on a crisis watch from 12/10/2024 until 12/27/2024 and is currently off watch per Mental Health Professionals. Committee convened on 12/23/2024 and hearing was continued due to Individual in Custody Basemore M17380 being on crisis watch.

**Recommendation:**

Based upon a total review of all available information, and a compliance check of the procedural due process safeguards outlined in Departmental Rule 504, this Grievance Officer recommends the Individual in Custody's grievance be DENIED. Based on, the nature of the charges and disciplinary history, the sanctions imposed by the Adjustment Committee are found to be correct as written and processed in accordance with DR504. Disciplinary action shall remain as imposed.

| J. Guetersloh - Correctional Counselor II | Jacob Guetersloh Digitally signed by Jacob Guetersloh Date: 2025.04.10 10:03:51 -05'00' |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 04/10/2025 | ☑ I concur    ☐ I do not concur | ☐ Remand |

**Action Taken:**

| Kevin Reichert | Digitally signed by Kevin Reichert Date: 2025.04.17 14:21:49 -05'00' | |
|---|---|---|
| | Chief Administrative Officer's Signature | Date |

| Individual In Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| Larry Basemore | M-17380 | 5-1-25 |
|---|---|---|
| Individual in Custody's Signature | ID# | Date |

EXhIBIT 9

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

Housing Unit: N2 210  Bed #: _____

| Date: 1-30-25 | Individual (please print): Yherry Bassevore | | ID #: M-17380 | Race (optional): |
|---|---|---|---|---|
| Current Facility: Menend C.C | | Facility where grievance issue occurred: menard C.C. | | |

Nature of Grievance:
- ☑ Staff Conduct
- ☑ Medical Treatment
- ☑ Disciplinary Report: 12-15-24  mchard c.C.
  Date of Report        Facility where issued
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit
- ☐ Dietary
- ☐ Personal Property
- ☐ Mail Handling
- ☑ Other (specify): Battery, negligence cruel and unusual punishment Mental health excess Due Process Force
- ☐ PREA
- ☐ HIPAA

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":
- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Date & Summary of Grievance (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

On 12-15-24 I was on N2 cell house on 5 gallery in cell 506 on crisis watch approximately around 9:00 or 8:00 AM mental health Keller and c.o. Wilson and C.o. Farrar was walking mental health Keller and when Keller got to my cell N506 I show and told mental health keller that I swallowed a fue staples on a move we call it a fishback on crisis watch keller stood right in front of my cell and told c.o. Wilson that I swallowed something and all 3 walk off the gallery then like 5 min later c.o. Wilson and c.o. Farrar and c.o. hart came back on 5 gallery and c.o. hart (said I'm fuckin tired of this shit not fuckin today) c.o. hart c.o. Wilson c.o. Farrar

☐ EMERGENCY: Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☑ Check if this is NOT an emergency grievance
☑ Continued on Reverse

Relief Requested: I ask that u all get the video footist camera from N2 5 gal approximately 9:30 AM to 10:30 to 11:30 AM on Dec.15.2024 to see that me being abuse by c.o hart and walkoff and back to my cell & c.o. Reilly my cuff hurting my wrist and for c.o hart beath me in the sick cell room and, that I be move to a New facility and c.o. Thlove be let go truly woman I. DOC primarily function for 300.000, 150.000 for Pain suffering that I be compensated cuz I left a c of of the hole.

| Yherry Bassevore | K-17380 | 1-30-25 |
|---|---|---|
| Individual in Custody Signature | ID # | Date |

Counselor Response (if applicable):                                    Date Received: _____
☐ Outside Jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

EMERGENCY REVIEW:              Date Received: _____

Is this determined to be of an emergency nature:
☐ Yes, expedite emergency grievance.
☐ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure.

Chief Administrative Officer Signature    Hart -0032   Wilson?  Farrar 4746 Date  M.H. Keller? Amanda  nurse Page 1 of 2

Assigned Grievance #/Institution: K4-0225-0584
MEN FEB 3 2025

First Level Received: MEN FEB 3 2025

Second Level Received: _____

___Please check if using if utilizing follow up DOC 0743p
7-C-
BA - IDR

Distribution: Master File, Individual                    DOC 0046 (Rev. 06/2022)

Pilot Program Only

Illinois Department of Corrections
Individual in Custody Grievance

walk pass my cell and mace N2 508 cell then C.o. hart walx to my cell and said come cuff up nigga) I told C.o. hart I fear for my life, so come cuff up. then C.o. hart lip the cell or mace and smac mace my hold cell and me he said (I said cuff up nigga)I said I fear for my life. and then C.o. hart startit to sprey me and the hole cell some more. then he call s-94 Agne who came to my cell then I cuff up and were took to N2.5 gallery health ccere. and a mentel health room. then nurse Amanda came by the door way and said (I'm not dong this shit today send his ass back) then C.o. hart came in the room and lift me out of my mouth. then mace me out beat me to teeth the cell and me back o my head/neck and call me nigga then out. I got in that room around a hour then were walk back to my crisp cell by C.o. wilson, C.o. farmer cos Tilly walkin. I told both c.o. that I need medicce. treatment and need to be sent out. both c.o. wilson c.o. farmer say that shit is over with. cos I was resting me back in the cell and I seel I need help. I'm in pain c.o. harv heard me both c.o. were trying to pull my head out the food port I resisting because I was mese up and beset. then c.o. went came to pull the cuff I was yelling that u are hurting my wrist and he kept my my wrist u. are going to brake my wrist then sgt Agne seld (just pull him out) then nurse say we care. going to have to send he to get because it's swelling. the D.o.c. sent me out to the outside hospital because of my swelling wrist. I swellow staple and had to get xray for both thing then I get a ticket for a 102 Assault 215-disobeing a direct order on C.o. hart. 29.1st I was on crisp Watch and was still my state. on my file C.o. hart or c.o. wilson Co. farmer or sgt. Agne didn't say any thing about when I had to be cuff on crisp watch. noone saying any thing about C.o. hart macing me and verify they hal me out the cell for me to have cuff on, and on the ticket C.o. hart doesn't say any thing about C.o. wilson C.o. farman who had N2.5 gallery who was in front of my cell pullin my hand cuff first, C.o. hart dont say anything about him macing me, in the DR. 504 Administration policy in preparation of disciplinary reports- 504.500 a 115 Doc 0317 form, check disciplinary report pg.5 the observation information should include, a.who b.what c.when d.where e.How 7.why 9.Action taken. #9 the name of any offender, employee and C.o. hart didn't put C.o. wilson or c.o. farrar wrote wrong and its a violatchon my fourteenth Amendment deprived of life, liberty or property, without due process law, I ask that the video camera is look at and be kept to show what relly happend on Dec.15,2024 N2.5 gallery around 9:30 to 10:00AM to 11:30AM

Exhibit 4

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** BASEMORE, LARRY | **IDOC Number:** M17380 | **Race:** BLK |
| **Hearing Date/Time:** 12/23/2024  11:25 AM | **Living Unit:** MEN-N2-02-10 | **Orientation Status:** N/A |
| **Incident Number:** 202402926/1 - MEN | **Status:** Continued Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 12/15/2024 | 202402926/1-MEN | HART, ZACHARY R | NORTH 2 CELLHOUSE | 11:30 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 102b | Assault | |
| | Comments:resisting causing injuries to staff | |
| 215 | Disobeying a Direct Order Essential to Safety and | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
\* Hearing was continued, Individual in Custody M17380
Basemore is currently on a Crisis watch and unable to participate due to the mental health status.

## BASIS FOR DECISION
\* Hearing was continued, Individual in Custody M17380
Basemore is currently on a Crisis watch and unable to participate due to the mental health status.

## DISCIPLINARY ACTION  (Consecutive to any priors)

| RECOMMENDED | FINAL |
|---|---|
| CONTINUE | --- CONTINUED --- |
| Basis for Discipline: | |

### Signatures
### Hearing Committee

| | Signature | Date | Race |
|---|---|---|---|
| LYNCH, RYAN A  - Chair Person | | 12/23/24 | WHI |
| JONES, ANTHONY B | | 12/23/24 | BLK |

Recommended Action Approved

**Final Comments:** N/A

ANTHONY D WILLS / ADW  12/29/2024

**Chief Administrative Officer**

Signature: _A Wills He_       12/29/24

**Signature**          **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

**Employee Serving Copy to Committed Person**

1500   2-1-25

**When Served - - Date and Time**

Run Date: 1/3/2025 14:16:16          Page 1 of 1

Exhibit G

| Field | Value | Field | Value |
|---|---|---|---|
| Inmate Id: | M17380 | Ret Form Ind: | |
| Name: | BASEMORE, LARRY | Modify Ind: | |
| Chair Code: | MAMA | Deny Ind: | |
| Grv Type: | L | Favorable Ind: | |
| Grv Code: | DR | Deferred Ind: | |
| Receive Date: | 05/06/2025 | Moot Ind: | |
| Hearing Date: | 00/00/0000 | Resolved Ind: | |
| Mailing Date: | 00/00/0000 | Grievance Number: | K4-0225-0584 |
| Grv Loc: | MENARD CC | Incident Number: | 202402926 |
| Hearing Loc: | MENARD CC | Incident Date: | 12/15/2024 |
| | | Incident Inst: | MENARD CC |
| | | Date Receipted: | 05/21/2025 |

Comments: GRV# K4-0225-0584, GRV DTD 1/30/25. INC# 202402926, DR 12/15/24

J.B. Pritzker
Governor



Latoya Hughes
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Basemore, Larry

9/23/25
Date

ID#: M17380

Facility: Menard

This is in response to your grievance received on 5/6/2025 . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 1/30/2025   Grievance Number: K4-0225-0584   Griev Loc: Menard

☐ Medical _____

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☑ Staff Conduct _____ Grieves C/O Hart, C/O Wilson and C/O Farrar; alleges excessive force. Requests camera be saved.

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☑ Disciplinary Report: Dated: 12/15/2024  Incident # 202402926/2-MEN _____

☐ Other _____

Based on a review of all available information, this office has determined your grievance to be:

☐ Affirmed

☐ Denied as the facility is following the procedures outlined in DR525.

_____

☐ Denied, in accordance with DR504F, this is an administrative decision.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

☑ Other: Moot- Per IA grievant's excessive force claims were investigated and camera footage was saved.

Denied - Discipline of staff is an administrative decision. This office finds no violation of the grievant's due process in accordance

with DR504.80 & DR504.30. This office is reasonably satisfied the offense cited in the report was committed. Mixed.

FOR THE BOARD: _Margaret Madole_
Margaret Madole
Administrative Review Board

CONCURRED: _Latoya Hughes_
Latoya Hughes
Director

CC: Warden, Menard _____ Correctional Center
Basemore, Larry _____ , ID# M17380

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

EXHIBIT 7

Illinois Department of Corrections

**Mental Health Progress Note**

Menard Correctional Center

Facility

**Session Date:** December 15, 2024          **Time:** 9:00am          **Session Duration:** Cell Front

**Offender Name:** (Last, First) Basemore, Larry                    **ID Number:** M17380

| Part I:  Offender Information |
| --- |

**Level of Care:** ☐ General/Outpatient    ☐ Special/Residential Treatment Unit    ☒ Crisis Placement    ☐ Inpatient

**MSR:** 12/11/2051                    **Discharge:** 12/11/2054

**Check all that apply:**   ☐ Designated SMI    ☐ Designated GBMI    ☐ On Enforced Medication    ☒ None

☐ No face-to-face contact occurred
  (If checked, skip Brief Mental Status Evaluation section, document information in Part III)

☒ Completed by Behavioral Health Technician
  (If checked, skip Brief Mental Status Evaluation section, document information in Part III)

| Part III:  S.O.A.P. Note |
| --- |

**S** = subjective, offender self-report of presenting problem; **O** = objective, clinician view of presenting problem;
**A** = assessment, clinician assessment of offender; **P** = plan, current plan, link to treatment plan

Per the direction of the SI Regional Mental Health Administrator, this BHT was instructed to complete the daily crisis watch status for the individuals in custody assigned to crisis watch. This BHT was unable to complete the Mental Status Examination, so this BHT contacted the crisis team leader to review this BHT's contact with individual in custody. An MHP will evaluate individual in custody on their next scheduled working day.

S. This writer met with individual in custody cell front at N2:05:06. When asked how they were doing, individual in custody stated they were going to swallow a fish hook. Individual in custody reported someone had been intentionally flooding their cell for 5 days causing the dirty water to enter their cell. This writer informed individual in custody they will be seen by mental health again tomorrow. This writer consulted with C. Morris, LCSW, SWIV and a 10-minute suicide watch was ordered.

O. Individual in custody observed in cell, standing at door.

A. See medical chart.

P. Individual in custody was moved to a 10-minute suicide watch per C. Morris, LCSW, SWIV. Individual in custody's property that was previously authorized will remain. Chain of command, security staff, and nursing staff have been notified. Individual in custody will be followed-up with by mental health staff tomorrow.

**Clinician Name (Print):** B. Keller                    **Signature:** B. ____

**Facility:** Menard Correctional Center                    **Title:** Behavioral Health Technician

Page 1 of 1

ILLINOIS DEPARTMENT OF CORRECTIONS

**Psychiatric Progress Note**

Facility:    Menard Correctional Center

**Offender Name:**
Last, First    Basemore, Larry    **ID Number:** M17380    **Date:** Dec 16, 2024

**Start Time:** 12:10:00 PM

Allergies or Medication Sensitivities?    ☐ No   ☒ Yes   If yes, then describe:   | Coconunt |

Scheduled Visit Type:   Routine Follow Up ☒   Complex Follow Up Evaluation ☐

Level of Care:    Outpatient ☒    Residential Treatment Unit ☐    Inpatient ☐    Crisis ☐

Type of Visit:   Telepsychiatry☐   Onsite Evaluation ☒   Other ☐   (identify): _____

Has offender been on Crisis Watch since last psychiatric visit?   Yes ☒   No ☐

If yes, explain:

suicidal ideations & self-harm

**Source of Information:**   ☒ Offender   ☐ Mental Health Staff   ☐ Medical Staff   ☐ Mental Health Progress Notes
(Check all that apply)   ☐ Medical Progress Notes   ☐ Mental Health Evaluation dated: _____
☐ Crisis Records   ☒ Other (identify):  MAR _____
☒ Previous Psychiatric Progress Note

## Subjective/Objective

Mr. Basemore is currently on crisis. He was removed from crisis on Tuesday 12/10/24 went to East house and got upset and swallowed staples and was placed back on crisis watch. He states that his medication "ran out" in September. He felt he was doing "good" with his medications and would like to restart them. At this time, he denies any thoughts/actions of wanting/wishing to hurt/harm himself or others. He denies experiencing any acute perceptual disturbances at this time.

## LIST CURRENT PSYCHOTROPIC MEDICATIONS:

NONE

☒ Check if None

Pertinent medical medications:

Naproxen

Compliance:   ☐ Good   ☒ Poor (list details)   | NO MEDICATION |

Side effects:   ☐ None   ☐ Yes (list details)   | |

MAR reviewed:   Yes ☒   No ☐

Is offender currently prescribed Involuntary Psychotropic Medication(s)?   Yes ☐   No ☒

**Lab Results:** Comment on abnormal results and include drug levels.   None ordered ☒

9/27/24
Lipid panel wnl

Distribution:   Offender Medical File

DOC 0502 (Rev. 1/2019)

EXHIBIT B

**Illinois Department of Corrections**

## Mental Health Progress Note

Menard Correctional Center
_____
Facility

**Session Date:** December 15, 2024          **Time:** 9:00am          **Session Duration:** Cell Front

**Offender Name:** (Last, First) Basemore, Larry                    **ID Number:** M17380

| Part I: Offender Information |
| --- |

**Level of Care:** ☐ General/Outpatient    ☐ Special/Residential Treatment Unit    ☒ Crisis Placement    ☐ Inpatient

**MSR:** 12/11/2051                    **Discharge:** 12/11/2054

**Check all that apply:**    ☐ Designated SMI    ☐ Designated GBMI    ☐ On Enforced Medication    ☒ None

☐ No face-to-face contact occurred
   (If checked, skip Brief Mental Status Evaluation section, document information in Part III)

☒ Completed by Behavioral Health Technician
   (If checked, skip Brief Mental Status Evaluation section, document information in Part III)

| Part III: S.O.A.P. Note |
| --- |

**S** = subjective, offender self-report of presenting problem; **O** = objective, clinician view of presenting problem;
**A** = assessment, clinician assessment of offender; **P** = plan, current plan, link to treatment plan

Per the direction of the SI Regional Mental Health Administrator, this BHT was instructed to complete the daily crisis watch status for the individuals in custody assigned to crisis watch. This BHT was unable to complete the Mental Status Examination, so this BHT contacted the crisis team leader to review this BHT's contact with individual in custody. An MHP will evaluate individual in custody on their next scheduled working day.

S. This writer met with individual in custody cell front at N2:05:06. When asked how they were doing, individual in custody stated they were going to swallow a fish hook. Individual in custody reported someone had been intentionally flooding their cell for 5 days causing the dirty water to enter their cell. This writer informed individual in custody they will be seen by mental health again tomorrow. This writer consulted with C. Morris, LCSW, SWIV and a 10-minute suicide watch was ordered.

O. Individual in custody observed in cell, standing at door.

A. See medical chart.

P. Individual in custody was moved to a 10-minute suicide watch per C. Morris, LCSW, SWIV. Individual in custody's property that was previously authorized will remain. Chain of command, security staff, and nursing staff have been notified. Individual in custody will be followed-up with by mental health staff tomorrow.

**Clinician Name (Print):** B. Keller                    **Signature:** B. K_____

**Facility:** Menard Correctional Center                    **Title:** Behavioral Health Technician

ILLINOIS DEPARTMENT OF CORRECTIONS

## Abnormal Involuntary Movement Scale (AIMS)

Menard Correctional Center
Facility

Individual in Custody Name: Basemore, Larry                    Individual in Custody ID: M17380

Current Medications and Total mg/Day

| Medication #1 | Total mg/Day | Medication #2 | Total mg/Day |
|---|---|---|---|
| Abilify | 5mg | | |

Instructions: Complete examination procedure before making ratings. While conducting the examination, have Individual in Custody sit in a firm chair without arms. For all MOVEMENT ratings (Sections A, B and C) rate highest severity observed. Circle only one code for each evaluation.

Scoring Codes:    0 = None    1 = Minimal/Normal    2 = Mild    3 = Moderate    4 = Severe

**SCORING:**
- Score the highest amplitude or frequency in a movement on the 0-4 scale, not the average;
- Score Activated movements the same way; do not lower those numbers as was proposed at one time;
- ^ POSITIVE AIMS EXAMINATION IS A SCORE OF 2 IN TWO OR MORE MOVEMENTS or a SCORE OF 3 OR 4 IN A SINGLE MOVEMENT
  ) not sum the scores: e.g., a patient who has scores 1 in four movements DOES NOT have a positive AIMS score of 4.

| | Assessment Dates | | | |
|---|---|---|---|---|
| **Section A. Facial & Oral Movement** | 12/17/24 | | | |
| **Muscles of Facial Expression** e.g., movement of forehead, eyebrows, periorbital area, cheeks; include frowning, blinking, smiling, grimacing | 0 | | | |
| **Lips and Perioral Area** e.g., puckering, pouting, smacking | 0 | | | |
| **Jaw** e.g., biting, clenching, chewing, mouth opening, lateral movement | 0 | | | |
| **Tongue** Rate only increase in movement both in and out of mouth, **NOT** inability to sustain movement | 0 | | | |
| **ction B. Extremity Movement** | | | | |
| **Upper (Arms, Wrists, Hands, Fingers)** Include choreic movements (e.g., rapid, objectively purposeless, irregular, spontaneous), athetoid movements (e.g., slow, irregular, complex, serpentine). Do **NOT** include tremor (e.g., repetitive, regular, rhythmic) | 0 | | | |
| **Lower (Legs, Knees, Ankles, Toes)** e.g., lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot | 0 | | | |
| **Section C. Trunk Movement** | | | | |
| **Neck, Shoulders, Hips** e.g., rocking, twisting, squirming, pelvic gyrations | 0 | | | |

Distribution:  Medical File                    Printed on Recycled Paper                    DOC 0336 (Rev. 8/2024)

Exhibit 7

ILLINOIS DEPARTMENT OF CORRECTIONS

# Psychotropic Medication Consent

Offender Name: Basemore, Larry    ID Number: M17380

I am providing consent to receive treatment with the following Psychotropic Medication(s):

| Medication | Intended Purpose |
|---|---|
| Remeron | Depression |
| Ability | Depression Adjunct |
| | |
| | |

The Physician has discussed and given written information to me regarding:

    1. **What** medication(s) I will be taking;

    2. What the medication(s) is/are **intended** to do for me;

    3. Whether the medication requires periodic **testing**/procedures to ensure safety/efficacy;

    4. The possible **side effects** of the recommended medication(s) including: See IDOC psychotropic med info sheet

    5. **Other** treatments and their effectiveness, availability and risks;

    6. My right to **refuse** and what could happen if I refuse medication(s).

☒ Based upon the discussion with my Physician and the written materials given to me regarding my medication(s), **I agree to take** the medication(s) described above.

☐ Based upon the discussion with my Physician and the written materials given to me regarding my medication(s), **I do not agree to take** the medication(s) described above. If my refusal to take medication(s) results in my being a danger to myself or others, I understand that I may be given medication(s) under emergency conditions. I also understand that an Enforced Medication order may be sought for giving me this/these medication(s). If there is Enforced Medication approved by a Treatment Review Committee (TRC), I understand that this/these medication(s) will be given against my consent.

☒ I have been given the opportunity to ask questions.

☒ I understand that I can revoke this consent at any time.

Comments:

Individual Signature: _____    Date: _____

☐ The patient has the capacity to make reasoned decision to consent for the medication(s) listed above.

Provider Signature: _Fromm_____    Date: 12/16/24

☐ Check if individual gives consent to take medication(s), but refuses/is unable to sign this form.

Witness Signature: Sgt. _____    Date: 12/16/24

Witness signature required for verbal consent

Distribution: Offender Medical File    DOC 0541 (Eff. 1/2019)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Psychiatric Progress Note

Facility:    Menard Correctional Center

**Offender Name:**
Last, First    Basemore, Larry    **ID Number:** M17380    **Date:** Dec 16, 2024

☐ Outpatient Level of Care    ☐ Residential Treatment Unit    ☐ Inpatient    ☒ Crisis

Next Appointment: 45 days

**Evaluation completed by:**

| Leigh Fromm | | PMHNP-BC |
|---|---|---|
| Print Name | Signature | Title |
| 12/16/24 | 12:20:00 PM | |
| Date | End Time | |

EXHIBIT C



JB Pritzker
Governor

Latoya Hughes
Acting Director

### The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

## MEMORANDUM

DATE:     December 19, 2024

TO:     Larry Basemore #M17380 (NII-05-06)

FROM:     Anthony Wills, Warden
Menard Correctional Center

---

Your correspondence to the Governor's Office with your concerns has been forwarded to my office for handling.

Medical records indicate that medical treatment has been provided by facility medical staff, as well as outside providers for various concerns. You may submit a request to Nurse Sick Call if you need further medical attention. If the need is emergent, please report the concern to security staff assigned to your gallery.

Grievance logs indicate that grievances are being received, as submitted, and responded to accordingly. Please ensure you are placing grievances in the locked boxes provided, per the current grievance policy. Be advised you may speak to your Counselor or Internal Affairs about the Protective Custody check-in process. You are not currently eligible for a transfer due to your maximum- security classification.


I trust this is responsive to your concerns.

G. Wills
Anthony Wills
Warden

---

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**



SIH Memorial Hospital
Carbondale
405 West Jackson Street

Basemore, Larry
MRN: 1148016, DOB: 11/20/1990, Legal Sex: M
Acct #: 100001508725
Adm: 12/15/2024, D/C: 12/15/2024

M177580

*Providers are independent contractors and
not employees of Southern Illinois Healthcare*

## ED Provider Notes by Timothy O'Leary, PA at 12/15/24 1508

Author: Timothy O'Leary, PA
Filed: 12/15/24 2011
Status: Signed
Cosigner: Michael A Chipman, DO at 12/17/24 2014

Service: Emergency Medicine
Date of Service: 12/15/24 1508
Editor: Timothy O'Leary, PA (Physician Assistant)

Author Type: Physician Assistant
Creation Time: 12/15/24 1508

---------------- HISTORY OF PRESENT ILLNESS ----------------- [TO.1]

Chief Complaint
Patient presents with
  • Swallowed Foreign Body

Larry Basemore[TO.2] is a[TO.1] 34 y.o. male[TO.2] presents for swallowing foreign body in left wrist injury; patient is an inmate at Menard Correctional Facility. States he was swallowed 5 staples in a piece of a milk carton around 7:00 a.m.. Patient was uncooperative with guards, states he was missed in the face earlier today, complaining of left wrist pain from being pulled out of his cell. Reports some mild throat and upper abdominal discomfort. No vomiting.

PCP:[TO.1]  Pcp Follow Up[TO.2]

*Triage notes, vital signs, past medical history, family and social history, medications, and allergies reviewed.*

---------------- REVIEW OF SYSTEMS -----------------

**Constitutional:** No fevers
**Eye:** Bilateral eye pain
**ENMT:** Reports mild throat pain
**Respiratory:** No shortness of breath or cough
**Cardiovascular:** No Chest pain
**Gastrointestinal:** No vomiting or diarrhea; abdominal discomfort
**Genitourinary:** No dysuria, no new change in urinary symptoms
**Musculoskeletal:** left wrist pain
**Neurologic:** no paresthesias
**Skin:** No new rash

---------------- PAST HISTORY -----------------

Medical/Surgical History [TO.1]
No past medical history on file.
No past surgical history on file.
No family history on file.[TO.2]

Social History:

Medications:



SIH Memorial Hospital
Carbondale
405 West Jackson Street

Basemore, Larry
MRN: 1148016, DOB: 11/20/1990, Legal Sex: M
Acct #: 100001508725
Adm: 12/15/2024, D/C: 12/15/2024

M17380

*Providers are independent contractors and
not employees of Southern Illinois Healthcare*

**ED Provider Notes by Timothy O'Leary, PA at 12/15/24 1508 (continued)**

The patient's home medications section has been reviewed.

Allergies.[TO.1]

Patient has no known allergies.[TO.2]

---------------------- PHYSICAL EXAM ----------------------

Vital Signs Reviewed the patient's vital signs.[TO.1]
BP 140/86 (BP Location: Left arm, Patient Position: Sitting)  | Pulse 78  | Temp 36.8 °C (98.3 °F) (Oral)  | Resp 18  | Ht 66"  | Wt 72.6 kg (160 lb)  | SpO2 100%  | BMI 25.82 kg/m²[TO.2]

Vital signs reviewed.  Social history, family history and past medical conditions reviewed.
**General**: Alert and oriented, well nourished, no acute distress.
**Eye**: PERRL, EOMI, bilateral conjunctival injection
**HENT**: Normocephalic, normal hearing, moist oral mucosa, posterior oropharynx is nonerythematous and without exudate, no scleral icterus.
**Neck**: Supple, no obvious foreign body
**Lungs**: Clear to auscultation, non-labored respiration.
**Heart**: Normal rate, regular rhythm, no murmur
**Abdomen**: Soft,  non-distended, normal bowel sounds, no masses, negative rebound tenderness.  Tenderness to right upper quadrant and left upper quadrant.  No right lower quadrant or left lower quadrant pain
**Musculoskeletal**:

Hand/wrist: Left
Mild erythema and swelling to left wrist, diffuse pain from wrist throughout hand . Tenderness with palpation. Median, radial, ulnar nerve intact with motor and sensory function; Sensation intact C6, C7, C8 dermatomes. Radial and ulnar pulse 2+, brisk capillary refill.

**Skin**: Skin is warm, dry and pink, no rashes or lesions.
**Neurologic**: Awake, alert, and oriented X3.
**Psychiatric**: Cooperative, appropriate mood and affect.


---------------------- LABORATORY AND IMAGING RESULTS ----------------------[TO.1]

Labs Reviewed - No data to display


X-ray abdomen 1 view

Result Date: 12/15/2024
  EXAM:  SINGLE VIEW OF THE ABDOMEN  HISTORY: Foreign body ingestion.  COMPARISON: Same day Chest x-ray  FINDINGS: There are no visualized radiopaque foreign bodies noted overlying the abdomen pelvis.  There is scattered gas and stool throughout the bowel in the abdomen pelvis.  The osseous structures are unremarkable.  IMPRESSION:  No visualized foreign body is



SIH Memorial Hospital
Carbondale
405 West Jackson Street

Basemore, Larry
MRN: 1148016, DOB: 11/20/1990, Legal Sex: M
Acct # 100001508725
Adm: 12/15/2024, D/C: 12/15/2024

M17350

*Providers are independent contractors and
not employees of Southern Illinois Healthcare*

---

ED Provider Notes by Timothy O'Leary, PA at 12/15/24 1508 (continued)

identified. _____ Electronically signed by: MICHAEL
THOMAS M.D. Date:    12/15/2024 Time:    15:49

X-ray hand left 3+ views

Result Date: 12/15/2024
EXAM: THREE-VIEW LEFT HAND  Date: 12/15/2024  Comparison: None  History: And in wrist pain.
Findings: Soft tissues are within normal limits.  The mineralization is normal.  The bones are intact
and the joint spaces are preserved.  Impression: No acute osseous abnormality in the left hand.
_____ Electronically signed by: MARK GATES M.D. Date:
12/15/2024 Time:    15:50

X-ray neck soft tissue

Result Date: 12/15/2024
EXAM: TWO-VIEW SOFT TISSUE NECK  Date: 12/15/2024  Comparison: None  History: Swallowed
five staples.  Findings: No radiopaque foreign bodies are observed.  The prevertebral soft tissues are
within normal limits.  There is normal alignment to the cervical spine.  Vertebral body heights and
intervertebral disc spaces are maintained at all levels.  The epiglottis and subglottic airway are
normal.  Impression: Normal two-view soft tissue neck.  No metallic radiopaque foreign bodies.
_____ Electronically signed by: MARK GATES M.D. Date:
12/15/2024 Time:    15:49

X-ray chest 1 view

Result Date: 12/15/2024
EXAM: CHEST RADIOGRAPH  TECHNIQUE: Single frontal chest radiograph.  HISTORY: Swallowed
foreign body (five staples)  COMPARISON: None.  FINDINGS: The lungs are clear. The heart size is
normal. There is no pleural effusion. There is no pneumothorax. No radiopaque foreign bodies are
seen.  IMPRESSION: 1.  Normal chest radiograph.  Specifically , no radiopaque foreign bodies are
seen. _____ Electronically signed by: DALE VINCENT
M.D. Date:    12/15/2024 Time:    15:48[TO.2]

--------------- MEDICAL DECISION MAKING & ED EVENTS ----------------[TO.1]

Medications - No data to display

Clinical Impression: as of 12/15/24 2011
Injury of left wrist, initial encounter
History of swallowed foreign body
Pain of left hand[TO.2]

---



SIH Memorial Hospital
Carbondale
405 West Jackson Street

Basemore, Larry
MRN: 1148016, DOB: 11/20/1990, Legal Sex: M
Acct #: 100001508725
Adm: 12/15/2024, D/C: 12/15/2024

*Providers are independent contractors and
not employees of Southern Illinois Healthcare*

**ED Provider Notes by Timothy O'Leary, PA at 12/15/24 1508 (continued)**

Patient appears nontoxic.[TO.1]

Left wrist x-ray reviewed, no acute pathology
-

Soft tissue neck, chest, abdominal x-ray reviewed, no sign of radiopaque foreign body.

Recheck, no evolving symptoms, discussed imaging findings.   Discussed that if patient did swallow staples, they likely pass on their own.
Recommended following up with infirmary.[TO.3]

Larry[TO.2] was re-evaluated and is in no acute distress at this time. Vitals signs are stable.

Discussed results including diagnosis, plan, and treatment.  All of[TO.1] Larry[TO.2]'s questions were answered in depth. It was recommended that the patient follow up with[TO.1] Infirmary[TO.2]

. The pt was instructed to return to the ED immediately if any change or worsening symptoms occur.

----------------- IMPRESSION AND DISPOSITION -----------------
Clinical Impression:[TO.1]
1.   Injury of left wrist, initial encounter
2.   History of swallowed foreign body
3.   Pain of left hand[TO.2]

**Medications Given for Home:**[TO.1]
There are no discharge medications for this patient.[TO.2]

**Provider follow-up information at discharge.**[TO.1]
Infirmary[TO.2]

STATE OF ILLINOIS )
) SS
COUNTY OF Randolph )

## **AFFIDAVIT**

I, __Kendall Gunn #m12725__ being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: __on 12/15/24,__

I was on a crisis watch in N2-5- gallery cell 519. Larry was in cell 506 on crisis watch and I heard C.O. Hart maseing Larry and calling him nigger and saying that he was going to fuck Larry up. After SGT Aone took Larry out the cell at 9:40 and Larry came back to his cell like an hour later and everybody was asking Larry was he ok and Larry said no and also said that they beat him and that he need to be sent out for help. Then C.O. Wilson & C.O. Farrar said to Larry, "you're not seeing no fucking one, get the fuck in the cell nigger." Larry based for help saying how he was hurt. Then C.O. Hart came on 5 gallery saying "give me the fucking cuffs before I broke your fucking hand nigger". I heard Larry scream out his wrist and I heard C.O. Hart say "give me the fucking cuff then mother-fucker" Then Larry was pulled out of cell and was taken to the out side hospital later that night. Larry was mosed in his eyes and on his body and was in a crisis watch cell with no working water for days. This is my statement and, i will come to court if my testimony is needed.

Subscribed and sworn to before me on the 17 day of December 2025.

_Trenton L Wagner_
NOTARY PUBLIC

Respectfully submitted,

_Kendall Gunn #m12725_

OFFICIAL SEAL
TRENTON L WAGNER
Notary Public, State of Illinois
Commission No 1018844
My Commission Expires October 09, 2029

STATE OF ILLINOIS    )
                     )SS
COUNTY OF Randolph   )

## AFFIDAVIT

I, James Allen Y50279 do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

On 12-15-24 I was on Crisis Watch N2 5Gallery Cell 03 around Approximate 9:40 OR 10:00AM Mental Health "Keller" and C.O "Farrar" $ C.O "Wilson" was on N2 5Gallery doing mental health rounds and when they got to "LARRY BASEMORE M17380" at N2 5-06 I heard Larry tell mental health keller that he swallowed some staples then Keller and both C.O's walked off the Gal, 3 to 4min later C.O "Wilson" $ C.O "Farrar" Also C.O "HART" came walking on N2 5gallery and C.O "HART" said "Im tired of this shit Not today!" I heard C.O "HART" tell larry ("Come cuff up Nigger") I then heard Larry ask C.O "HART" Can he get a L.T. then I heard C.O "HART" yell ("I said cuff up Nigger") Next C.O "HART" opened larry's chuckhole $ I heard a long burst of OC (MACE) being sprayed C.O "HART" then said "Get up here right fucking Now! Cuffup") once again I heard C.O "HART" open the chuckhole again $ begin spraying OC until the can was empty then C.O "HART" Called SGT AGNE Who came $ Cuffed larry and brought him out of his Cell... $ Walked him off the gallery then Around 11:30AM larry was WALKED back on N2 5gallery with MACE (OC spray) All over him with his eyes closed larry said C.O "HART" beat him up $ He Needed medical Attention When he got to his cell C.O Wilson, C.O Farrar Was pulling his Cuffs and Calling him Names Such as (Stupid nigger) $ (retard) larry Was yelling Stating He Needed medical treatment $ that they Were hurting his Wrist C.O "HART" begin pulling on larry's Cuff's while larry was yelling "my Wrist" SGT AGNE then Came $ try to pull on the Cuff's Next SGT AGNE then said to C.O's HART, farrar $ Wilson lets Just pull him out then larry was pulled back out his Cell and off 5GAL this is my testimony/statement $ I will come to Court If my testimony is Needed....

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _6th_ day of _february_ , 2025

_James Allen_
Affiant

STATE OF ILLINOIS          )
                           ) SS
COUNTY OF RANDOLPH         )

## AFFIDAVIT

I, DARNELL POLK, _____ being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: THE DAY OF DECEMBER 15, 2024 I CALLED FOR MENTAL HEALTH SO THEY SEE ME SELF HARM WHICH WAS MR. KELLER AND C/o FARRAR WHEN C/o FARRAR, C/o HART, C/o WILSON WHEN I GOT PULLED OUT I WITNESS C/o HART MACING MR. LARRY BASEMORE FOR NO REASON ALMOST EMPTYING THE BOTTLE ON HIM ALL THIS HAPPEN ON DECEMBER, 15 2024 ON 5 GALLERY CRISIS WATCH NURSE AMANDA ALSO GAVE HIM NO MEDICAL ATTENTION BECAUSE I WAS IN THE ROOM NEXT TO LARRY. I HEARD C/o HART CONTINUSING SPRAYING LARRY I HEARD LARRY SCREAMING AND AMANDA CHONTE WAS LAUGHING CALLING LARRY NAMES AND SAYING TAKE LARRY BACK WHEN C/o HART GOT LARRY TO THE BLIND SPOT AND START BEATING LARRY SOME MORE HE START SCREAMING FOR HELP THATS WHEN C/o HART STOP AND WALKED OFF

Subscribed and sworn to
before me on the 13 day
of ~~December~~ , 2025
~~February~~
~~Rosalynn R. McClure~~
NOTARY PUBLIC

Respectfully submitted,

Darnell Polk

OFFICIAL SEAL
ROSALYNN R MCCLURE
Notary Public, State of Illinois
Commission No. 989045
My Commission Expires
April 02, 2028